No. 01–6520. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6524. BACON v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 01–6525. SANTOLO TREJO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6526. MCINTYRE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6528. MCCALISTER v. UNITED STATES; and
No. 01–6614. WOODS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 16 Fed. Appx. 817.

No. 01–6529. JACKSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6530. LINTON v. RANDLE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–6531. PARKER, AKA WHITE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–6533. SANDERS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–6535. ROBINSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–6537. HERNANDEZ-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6538. HIBBERT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–6539. HERNANDEZ-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6540. HICKS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6541. CARLTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.